UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEW ENGLAND HEALTH CARE EMPLOYEES PENSION FUND, ET AL. | : : : | |
| Plaintiffs | : : | CIVIL ACTION NO.: 3:18-CV-00971-AVC |
| vs. | : : | |
| REGALCARE MANAGEMENT GROUP, LLC., ET AL. | : : | |
| Defendants | : | AUGUST 13, 2018 |

## ANSWER TO COMPLAINT

1. No answer is required to this Paragraph.

2. Defendants agree that jurisdiction is proper in this Court.

3. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 3. Defendants admit the remaining allegations contained in Paragraph 3.

4. The allegations contained in Paragraph 4 are denied except to admit that Fairview Greenwich and Fairview Southport are employers and parties in interest under ERISA, and the addresses listed in this paragraph of the complaint are accurate.

5-6. The allegations contained in Paragraphs 5 and 6 are admitted.

7-13. The defendants admit that they have not submitted all of the required monthly contribution payments, but deny that the amounts alleged by the plaintiffs are accurate.

14. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14

15. The allegations contained in Paragraph 15 are denied.

16. The allegations contained in Paragraph 16 are denied.

17. Defendants admit that they owe the plaintiffs some payments, but dispute the accuracy of the plaintiffs' calculations of the delinquencies.

18. The allegations contained in Paragraph 18 are denied.

**THE DEFENDANTS**

BY:   /s/ Patrick M. Noonan  (#ct00189)
    Patrick M. Noonan
    Donahue, Durham & Noonan, P.C.
    741 Boston Post Road
    Guilford, CT 06437
    (203) 458-9168

Of Counsel:
    Yifat Schnur
    Yifat Schnur, Esquire, LLC
    22 Prescott Street
    Edison, NJ 08817
    (347) 268-5347

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                          _____/s/_____
                                                                     Patrick M. Noonan