# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEW ENGLAND HEALTH CARE EMPLOYEES PENSION FUND, ET AL. | : |
| Plaintiffs | : CIVIL ACTION NO.: |
| | : 3:18-CV-00971-AVC |
| vs. | : |
| REGALCARE MANAGEMENT GROUP, LLC., ET AL. | : |
| Defendants | : May 27, 2019 |

## NOTICE OF SETTLEMENT and
## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs New England Health Care Employees Pension Fund, New England Health Care Employees Welfare Fund and New England Health Care Employees Union, District 1199 & The Connecticut Nursing Homes Training and Upgrading Fund (the "Funds") and defendants RegalCare Management Group, LLC., Fairview Health of Greenwich, LLC, dba RegalCare of Greenwich, Fairview Health of Southport, LLC dba RegalCare of Southport, RegalCare at New Haven, LLC, RegalCare At West Haven, LLC, RegalCare at Waterbury, LLC, RegalCare At Torrington, LLC (hereinafter collectively referred to as "the Defendants"), hereby jointly move the court for the voluntary dismissal of this action without prejudice as a settlement of all claims has been entered into by all parties.

WHEREFORE, the parties to this action jointly request that the court dismiss this action without prejudice.

PLAINTIFFS

Dated:  May 27, 2019

By: /s/ Michael E. Passero
  Michael E. Passero, ct11707
  Law Firm of John M. Creane
  92 Cherry St., P.O. Box 170
  Milford, CT   06460
  (203) 878-2419 (voice)
  (203) 878-6021 (facsimile)
  mpassero@jmcreanelaw.com

DEFENDANTS

Dated:  May 27, 2019

By: /s/ Patrick M. Noonan
  Patrick M. Noonan, Esq.
  Donahue, Durham & Noonan, P.C.
  741 Boston Post Rd.
  Guilford, CT 06437
  *Counsel for Defendants*

  /s/ Yifat Schnur
  Yifat Schnur
  Yifat Schnur, Esquire, LLC
  22 Prescott Street Edison, NJ 08817
  (347) 268-5347
  *Of Counsel*

**Certificate of Service**

I hereby certify that on May 28, 2019, copy of the foregoing Joint Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the court's CM/ECF System.

/s/   Michael E. Passero
Michael E. Passero, Esq., ct11707
Law Firm of John M. Creane
92 Cherry St., P.O. Box 170
Milford, CT   06460
203- 878-2419(voice)
203-878-6021(facsimile)
mpassero@jmcreanelaw.com